**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-MC-24144-RS**

KEYBANK NATIONAL ASSOCIATION,

      Plaintiff,

v.

AUTO BOUTIQUE OF SOUTH
FLORIDA, INC.,

      Defendant.

_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter is before the Court on the Magistrate Judge's Report and Recommendation on Plaintiff's Motion for Charging Order [DE 42], in which Magistrate Judge Lauren Fleischer Louis recommends granting Plaintiff's Motion for Charging Order In Its Favor Against Payments For Profits and Distributions to Judgment Debtor Howard Elfand [DE 26]. No objections to the Report and Recommendation have been filed. Thus, having reviewed Magistrate Judge Louis's Report and Recommendation on Plaintiff's Motion for Charging Order, the record, and given that neither party filed any objections, it is,

      **ORDERED** that:

      1.    Magistrate Judge's Report and Recommendation on Plaintiff's Motion for Charging Order [DE 42] is **AFFIRMED and ADOPTED**.

      2.    A **CHARGING ORDER** in favor of Plaintiff will be entered separately.

      3.    All pending motions not otherwise ruled upon are **DENIED as moot**.

      4.    This case is **CLOSED**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 2nd day of August, 2022.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:     All Counsel of Record