**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-MC-24144-RS**

KEYBANK NATIONAL ASSOCIATION,

Plaintiff,

v.

AUTO BOUTIQUE OF SOUTH FLORIDA, INC.,

Defendant.
_______________________________________/

**ORDER GRANTING PLAINTIFF'S MOTION TO TURNOVER FUNDS**

This matter is before the Court on the Plaintiff's Motion for Order to Turnover Funds [DE 44] in which Plaintiff moves this Court for an Order to Turn Over Funds held by Prestige One Investments LLC on behalf of Judgment Debtor Howard Elfand for his interest as a member of the LLC pursuant to Fla. Stat. § 605.0503, and the Court's Order Affirming and Adopting Report of Magistrate Judge [DE 45] in which the Court grants Plaintiff's Motion for Charging Order In Its Favor Against Payments For Profits and Distributions to Judgment Debtor Howard Elfand [DE 26]. Having reviewed the record, it is hereby,

**ORDERED** that:

1. Prestige One Investments LLC pays to Plaintiff KeyBank National Association the sum of $688,490.76 by issuing a check made payable to Wong Fleming, PC and sent to Wong Fleming, P.C., on behalf of Plaintiff, at 821 Alexander Road, Suite 200, Princeton, New Jersey 08540.
2. A copy of this Order shall be served by the movant upon all parties within 21 days of the date of this Order.
3. All pending motions not otherwise ruled upon are **DENIED as moot**.

4. This case is **CLOSED**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 2nd day of August, 2022.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc: All Counsel of Record